# EXHIBIT A

**RETURN**
2022CVA000679D3

## CITATION
### PLAINTIFF'S ORIGINAL PETITION

THE STATE OF TEXAS

COUNTY OF WEBB

| COURT SET FOR 7/18/2022 AT 1:30 P.M |
| --- |

NOTICE TO THE DEFENDANT: "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO:   VLADIMIR NIKOLIC
     662 W ROSCOE ST., APT. 1D    OR    WHEREVER HE MAY BE FOUND
     CHICAGO, IL  60657

DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2022CVAC00679D3, styled:

### RUBEN FUENTES, PLAINTIFF
### V.
### VLADIMIR NIKOLIC AND NFS GLOBAL INC., DEFENDANTS

Said Plaintiff's Petition was filed on 05/25/2022 in said court by:

    PAULA A. WYATT, ATTORNEY FOR PLAINTIFF
    21 LYNN BATTS LANE, SUITE 10
    SAN ANTONIO TX  78218

WITNESS ESTHER DEGOLLADO, DISTRICT CLERK OF WEBB COUNTY, TEXAS, issued and given under my hand and seal of said court at office, on this the 27th day of May, 2022.

C L E R K   O F   C O U R T

    ESTHER DEGOLLADO
    WEBB COUNTY DISTRICT CLERK
    P.O. BOX 667
    LAREDO, TX 78042

BY: _Annette Chapa_ DEPUTY
    Annette Chapa

2022CVA000679D3

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2022 at
_____ O'CLOCK _____.M.        Executed        at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M.  on  the  _____  day  of
_____, 2022,  by  delivering  to  the  within  named
**VLADIMIR NIKOLIC**, each, in person, a true copy of this citation
together  with  the  accompanying  copy  of  the  petition,  having
first  attached  such  copy  of  such  petition  to  such  copy  of
citation  and  endorsed  on  such  copy  of  citation  the  date  of
delivery.

The  distance  actually  travelled  by  me  in  serving  such  process
was  _____  miles,  and  my  fees  are  as  follows:

Total Fee for serving this citation    $ _____.

To certify which, witness my hand officially.

                                    _____
                                    SHERIFF, CONSTABLE

                                    _____ COUNTY, TEXAS

                            BY  _____
                                                    DEPUTY

**THE STATE OF TEXAS}**
**COUNTY OF WEBB      }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the _____
day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

                                    _____
                                              NOTARY PUBLIC
                                    MY COMMISSION EXPIRES

                                    _____

SERVE
2022CVA000679D3

## CITATION
PLAINTIFF'S ORIGINAL PETITION

### THE STATE OF TEXAS
### COUNTY OF WEBB

COURT SET FOR 7/18/2022 AT 1:30 P.M

**NOTICE TO THE DEFENDANT:** "YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY. IF YOU OR YOUR ATTORNEY DO NOT FILE A WRITTEN ANSWER WITH THE CLERK WHO ISSUED THIS CITATION BY 10:00 A.M. ON THE MONDAY NEXT FOLLOWING THE EXPIRATION OF TWENTY DAYS AFTER YOU WERE SERVED THIS CITATION AND PETITION, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. IN ADDITION TO FILING A WRITTEN ANSWER WITH THE CLERK, YOU MAY BE REQUIRED TO MAKE INITIAL DISCLOSURES TO THE OTHER PARTIES OF THIS SUIT. THESE DISCLOSURES GENERALLY MUST BE MADE NO LATER THAN 30 DAYS AFTER YOU FILE YOUR ANSWER WITH THE CLERK. FIND OUT MORE AT TEXASLAWHELP.ORG"

TO:  VLADIMIR NIKOLIC
     662 W ROSCOE ST., APT. 1D        OR        WHEREVER HE MAY BE FOUND
     CHICAGO, IL  60657

**DEFENDANT, IN THE HEREINAFTER STYLED AND NUMBERED CAUSE, YOU ARE HEREBY COMMANDED TO APPEAR BEFORE THE 341st District Court** of Webb County, Texas, to be held at the said courthouse of said county in the city of Laredo, Webb County, Texas, by filing a written answer to the Petition of Plaintiff at or before 10:00 O'CLOCK A.M. of the Monday next after the expiration of 20 days after the date of service thereof, a copy of which accompanies this citation, in the Cause #: 2022CVA000679D3, styled:

### RUBEN FUENTES, PLAINTIFF
### V.
### VLADIMIR NIKOLIC AND NFS GLOBAL INC., DEFENDANTS

Said Plaintiff's Petition was filed on 05/25/2022 in said court by:

     PAULA A. WYATT, ATTORNEY FOR PLAINTIFF
     21 LYNN BATTS LANE, SUITE 10
     SAN ANTONIO TX 78218

**WITNESS ESTHER DEGOLLADO,** DISTRICT CLERK OF WEBB COUNTY, TEXAS, Issued and given under my hand and seal of said court at office, on this the 27th day of May, 2022.

C L E R K   O F   C O U R T

ESTHER DEGOLLADO
WEBB COUNTY DISTRICT CLERK
P.O. BOX 667
LAREDO, TX 78042

BY: _____ DEPUTY
          Annette Chapa

2022CVA000679D3

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 2022 at
_____ O'CLOCK _____.M.           Executed         at
_____, within the COUNTY of _____
at _____ O'CLOCK _____.M. on the _____ day of
_____, 2022, by delivering to the within named
**VLADIMIR NIKOLIC**, each, in person, a true copy of this citation
together with the accompanying copy of the petition, having
first attached such copy of such petition to such copy of
citation and endorsed on such copy of citation the date of
delivery.

The distance actually travelled by me in serving such process
was _____ miles, and my fees are as follows:

Total Fee for serving this citation   $ _____.

To certify which, witness my hand officially.

                              _____
                              SHERIFF, CONSTABLE

                              _____ COUNTY, TEXAS

                    BY _____
                                              DEPUTY

**THE STATE OF TEXAS}**
**COUNTY OF WEBB    }**

Before me, the undersigned authority, on this day personally
appeared _____, who after being duly
sworn, upon oath said that a notice, of which the above is a
true copy, was by him/her delivered to
_____ on the _____
day of _____, _____.

SWORN TO AND SUBSCRIBED BEFORE ME on the _____ day of
_____, _____, to certify which witness my hand and
seal of office.

                              _____
                              NOTARY PUBLIC
                              MY COMMISSION EXPIRES

                              _____



### HONORABLE BECKIE PALOMO

#### State District Court Judge

341st JUDICIAL DISTRICT OF TEXAS
WEBB COUNTY JUSTICE CENTER
1110 Victoria Street, Suite 302
Laredo, Texas 78040-4439

## CIVIL CASE – CALENDAR CALL SETTINGS

RE: CAUSE NO:   **2022CVA000679D3**

STYLE:   RUBEN FUENTES
VS
VLADIMIR NIKOLIC AND NFS GLOBAL INC.

**NOTICE** that this case is **SET FOR CALENDAR CALL** on _07/18/2022_ at _1:30 PM_ at the
341st District Courtroom, 3rd Floor, Webb County Justice Center.

Calendar Call hearings will be in open Court and on the record before **JUDGE BECKIE PALOMO**.
Your presence is **MANDATORY** unless Counsel for Plaintiff(s) file a Joint Pre-Trial Guideline Order
(PTGO) with all counsels signatures on the PTGO.

You may download the PTGO at our website:
**http://www.webbcountytx.gov/DC341st/Links/civ_Jury%20PTGO.pdf**

Counsel for Plaintiff(s): if you do not appear for calendar call, your case may be dismissed for lack of prosecution.

Counsel for Defendant(s): if you do not appear for calendar call, a pre-trial guideline order may be
entered with or without your approval and/or signature.

Call the court for jury selection dates and pre-trial hearing dates. Keep in mind jury selection must be set
within the timeframes recommended by the Texas Supreme Court.

If there are any questions regarding this matter please feel free to call the court at the number below.

Sonia Vela
Civil Court Coordinator
Tel: (956) 523-4483
Fax: (956) 523-5055

## NOTICE OF HOW TO APPEAR FOR HEARING
### AVISO DE COMO COMPARECER A SU AUDIENCIA

The 341ST District Court will be holding hearings via videoconference or by phone.

In order to appear via videoconference on Zoom, you will need to have an electronic device with an internet connection. You may use a smart phone, iPad/tablet, or webcam/built-in camera with sound and video. You will also need to install the ZOOM App before the conference begins at www.zoom.us

*El Tribunal de Distrito 341 (Cuadragesimo Noveno) llevara a cabo audiencias judiciales por videoconferencia o por telefono.*

*Para comparecer por videoconferencia en Zoom debera tener un dispositivo electronico con conexion a internet. Puede usar un telefono inteligente. iPad o tableta, camara web, o un dispositivo con camara web integrada con microfonoy altavoz. Adicionalmente, debera instalar la aplicacion (programa) ZOOM antes de que la audiencia empiece en www.zoom. us*

https ://zoom. Us/join

Meeting ID / *ID de reunion: 956-523-4325  Code/clave: 341*

---

To join the hearing via ZOOM / *Para comparecer a su audiencia por ZOOM:*

Please go to / *Favor de ir a este enlace:* https//txcourts.zoom.us/i/

Then type in the above referenced Meeting ID / *Introduzca el ID de la reunion antes citado*

---

To join the hearing by phone only / *Para comparecer a su audiencia solo por telefono*:

Dial any of these numbers. If dialing in Texas, you should use the Houston phone number: 1-346-248-7799. / *Marque cualquier de estos numeros telefonicos. Si esta hablando desde Texas, debera mar car al numero telefonico : 1-346-248-7799.*

Then type in the above referenced Meeting ID / *Despues, introduzca el ID de la reunion antes citado.*

+1 346 248 7799 US
+1 669 900 6833 US

File
5/25/2022 2:21 P
Esther Degollac
District Cle
Webb Distri
Diana Ve
2022CVA000679C

CAUSE NO. 2022CVA000679D3

| | | |
|---|---|---|
| RUBEN FUENTES, | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | ____ JUDICIAL DISTRICT |
| | § | |
| VLADIMIR NIKOLIC AND | § | |
| NFS GLOBAL, INC., | § | |
| | § | |
| *Defendants*. | § | WEBB COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Ruben Fuentes, files this his Original Petition, complaining of Defendants, Vladimir Nikolic and NFS Global Inc., and for cause of action would respectfully show unto the Court the following:

### I.
### DISCOVERY

1.      Plaintiff intends to conduct discovery in this suit under Level Three pursuant to Rule 190.4 of the Texas Rules of Civil Procedure and will seek an order, agreed or otherwise, to this effect.

### II.
### PARTIES

2.      **Plaintiff.** Ruben Fuentes is a natural person and at all times relevant to this cause of action has been and continues to be a resident of Laredo, Webb County, Texas.

3.      **Defendant**. Vladimir Nikolic ("Nikolic") is a natural person and at all times relevant to this cause has been and continues to be a resident of Chicago, Cook County, Illinois. Defendant may be served with citation via private process by serving him at his residence, 662 W Roscoe St., Apt. 1D, Chicago, Illinois 60657, or wherever he may be found.

4.      **Defendant**. NFS Global Inc., ("NFS Global") is an Illinois corporation doing business in the State of Texas. Defendant NFS Global may be served with citation via private process serving its registered agent for service of process, International Border Trucking Compliance Service, 1519 Wyoming, El Paso, Texas 79902.

## III.
## VENUE

5.      Venue is proper in Webb County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code § 15.002 in that all or substantially all of the events or acts or omissions giving rise to the claim occurred in Webb County, Texas.

## IV.
## FACTS

6.      On March 17, 2022, Plaintiff was operating a 2021 Ford Explorer SV traveling north along FM 1472, approaching the intersection of Killam Industrial Boulevard and FM 1472 in Laredo, Webb County, Texas. Defendant Nikolic was operating 2020 Volvo tractor traveling north on FM 1472, in front of Plaintiff's vehicle. Plaintiff stopped his vehicle at a red signal light at the intersection at Killam Industrial Blvd. Defendant Nikolic approached the intersection at a high rate of speed, made a complete stop in the middle of the intersection when the light turned red, and then proceeded to reverse his vehicle. As Defendant Nikolic was reversing his vehicle, he suddenly, violently, and without warning, collided with the front of Plaintiff's vehicle. As a result of the collision and Defendants' negligence, Plaintiff suffered severe and debilitating injuries and other damages.

## V.
## AGENCY AND RESPONDEAT SUPERIOR

7.      At the time of the collision and the occurrence giving rise to this cause of action, Defendant Nikolic was an employee of Defendant NFS Global.

2

8.      Defendant NFS Global, at the time of the collision, was, upon information and belief, an interstate carrier or federal motor carrier.

9.      At all times material hereto, Defendant Nikolic was acting within the course and scope of his employment or official duties for Defendant NFS Global and in furtherance of the duties of his office or employment for Defendant NFS Global. Additionally, at all times relevant thereto, Defendant Nikolic was a permissive user of the vehicle he was operating.

10.     Moreover, at the time of the collision and at all other times relevant hereto, Defendant Nikolic was operating under the authority of Defendant NFS Global as an interstate or federal motor carrier.

11.     Defendant NFS Global, as the employer and motor carrier, is responsible for the negligent acts or omissions of Defendant Nikolic under the principles of *respondeat superior* and/or by virtue of statutory provisions including the Federal Motor Carrier Safety Act.

## VI.
## NEGLIGENCE

12.     Plaintiff would show that, on the occasion in question, Defendant Nikolic owed a duty to conduct himself in a manner consistent with the traffic laws of the State of Texas and to act as a reasonably prudent person and/or entity would act.

13.     Defendant Nikolic breached his duty to Plaintiff and acted in a manner that was negligent by engaging in wrongful conduct including, but not limited to:

a. Failing to keep such a proper lookout as a person exercising ordinary prudence would have kept under the same or similar circumstances;

b. Failing to control his speed;

c. Failing to pay proper attention to road conditions and surroundings;

d. Failing to safely back his vehicle without interfering with other traffic;

e. Failing to take timely or proper evasive action to avoid the collision complained of; and

f. Failing to control the subject vehicle so that a collision would not occur.

3

g.   Failing to appropriately apply his brakes.

14.     Defendant NFS Global had a duty to exercise ordinary care to hire, train and supervise Defendant Nikolic with respect to ensuring that he was and would continue to be a safe driver with knowledge of the matters necessary for the proper operation of the vehicle that he controlled.

15.     Defendant NFS Global breached its duty because it knew or should have known that Defendant Nikolic was not a capable, qualified, and knowledgeable driver.

16.     Defendant NFS Global breached its duty because it failed to provide the necessary training for Defendant Nikolic to operate his vehicle in a safe manner and in conformity with the requirements of the law.

17.     Defendant NFS Global breached its duty because it failed to supervise Defendant Nikolic to ensure that he operated his vehicle in a safe manner and could accomplish his work assignments in a safe manner.

18.     Each of Defendants' acts and omissions, singularly or in combination with others, constituted negligence that proximately and substantially caused the occurrence made the basis of this action, and the personal injuries and damages sustained by Plaintiff.

19.     Plaintiff would show that, as a proximate cause of Defendants' negligence, as described herein, Plaintiff has sustained damages far in excess of the minimum jurisdictional limits of this Court.

## VII.
## DAMAGES

20.     As a direct and proximate result of Defendants' negligence, Plaintiff suffered severe personal injuries, pain and suffering, and physical impairment, and incurred reasonable and necessary medical expenses for the care and relief of his injuries. For a long time to come, if not

4

for the rest of his life, Plaintiff will continue to suffer physical injuries, physical impairment, and pain and suffering. Additionally, as a result of the incident, Plaintiff will incur reasonable and necessary medical expenses in the future.

21.      Plaintiff now sues for all of these damages in an amount that exceeds the minimum jurisdictional limit of this Court. Pursuant to Texas Rule of Civil Procedure 47, Plaintiff asserts that he is seeking monetary relief in excess of $1,000,000.

22.      Plaintiff is entitled to recover prejudgment and post judgment interest as allowed by law.

## VIII.
## CONDITIONS PRECEDENT

23.      All conditions precedent have been performed or have occurred to support Plaintiffs pleadings and causes of action.

## IX.
## PLAINTIFF'S NOTICE PURSUANT TO RULE 193.7

24.      Pursuant to Rule 193.7, Ruben Fuentes, Plaintiff, hereby gives notice that he intends to use all documents produced by Defendants, either in response to written discovery or in production as exhibits to depositions, for use in any pretrial proceedings and/or at the trial of this case, including those produced between now and the time of trial.

## X.
## REQUEST FOR JURY TRIAL

25.      Plaintiff respectfully requests a trial by jury and has paid the jury fee.

## PRAYER

**WHEREFORE,** Plaintiff requests that Defendants be cited to appear and answer hereinand that on final trial, Plaintiffs have judgment against Defendants for:

1.      All medical expenses in the past and future;

5

2.    Physical pain in the past and future;

3.    Physical impairment in the past and future;

4.    Prejudgment and post judgment interest as allowed by law;

5.    Costs of suit; and

6.    Such other and further relief to which Plaintiff may be justly entitled.

Respectfully submitted,

**WYATT LAW FIRM, LTD.**
21 Lynn Batts Lane, Suite 10
San Antonio, Texas 78218
Tel.: (210) 340-5550
Fax: (210) 340-5581
**E–SERVICE:** e-serve@wyattlawfirm.com

Paula A. Wyatt
State Bar No. 10541400
Gavin McInnis
State Bar No. 13679800
Louis Durbin
State Bar No. 24078448
**ATTORNEYS FOR PLAINTIFF**

6